COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Cedric D. Brown v. Shirley J. Preston

Appellate case number:    01-16-00556-CV

Trial court case number:  2014-62252

Trial court:              234th District Court of Harris County

On November 1, 2016, this Court ordered the Clerk of this Court to deem the appellant, Cedric D. Brown, indigent for purposes of the appellate filing and clerk's record fees, and ordered the district clerk to mail a copy of the clerk's record to the pro se and incarcerated appellant.  On December 21, 2016, the district clerk filed the third supplemental clerk's record on indigence in this Court, which had been requested by appellant on December 12, 2016.  However, there was no notification from the district clerk filed in this Court confirming that this record was mailed to the appellant.

On January 18, 2017, appellant filed a pro se letter in this Court requesting this Court's intervention to contact the district clerk for a copy of the third supplemental clerk's record.  Appellant enclosed a copy of a letter he sent to the district court clerk on January 17, 2017, requesting that third supplemental clerk's record be mailed to him.

Accordingly, because this Court has deemed appellant to be indigent for appellate cost purposes and because he is a pro se inmate, the district clerk is **ORDERED** to mail a copy of the third supplemental clerk's record on indigence to appellant **within 10 days** of the date of this Order.  The trial court clerk shall further certify to this Court, **within 15 days** of the date of this Order, the date when delivery is made to appellant.

It is so ORDERED.

Judge's signature:    /s/ Laura Carter Higley
                      ☒  Acting individually
Date:  February 7, 2017